# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTORIA GURINA, | : |
|     **Plaintiff,** | : |
|   v. | : |
| | :   CIVIL ACTION NO. 16-3879 |
| NANCY A. BERRYHILL, Acting | : |
| Commissioner of Social Security[*] | : |
|     **Defendant.** | : |

## ORDER

**AND NOW,** this 4th day of October 2018, upon consideration of the administrative record, Plaintiff's request for review, Defendant's response, Plaintiff's reply, The Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, the objections to the Report and Recommendation and the response thereto, it is hereby **ORDERED** that:

1. The Clerk is directed to **REMOVE** the case from Civil Suspense;

2. The Objections to the Report and Recommendation are **SUSTAINED** in part;

3. The Report and Recommendation is **APPROVED IN PART** and **REJECTED IN PART** as set forth in the accompanying Memorandum Opinion;

4. The Plaintiff's request for reversal is **GRANTED;** and

5. The case is **REMANDED** to the Commissioner for further review consistent with the Report and Recommendation and the accompanying Memorandum Opinion pursuant to the fourth sentence of 42 U.S.C. § 405(g).

It is so **ORDERED.**

                                                **BY THE COURT:**

                                                **/s/ Cynthia M. Rufe**

                                                _____

                                                **CYNTHIA M. RUFE, J.**

---

[*] Substituted pursuant to Fed. R. Civ. P. 25(d).